OCEAN GROVE CAMPMEETING ASSOCIATION, &c., RESPONDENT, v. BOROUGH OF BRADLEY BEACH, APPELLANT.

Submitted March 24, 1919—Decided May 15, 1919.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 364.

For the respondent, *Patterson & Rhome.*

For the appellant, *Ward Kremer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.